**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENISE RAE WILTSEY,

    Plaintiff,

v.                                  Case No: 6:17-cv-2166-Orl-40KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Complaint seeking review of the final decision of the Commissioner of Social Security denying her claim for social security benefits (Doc. 1) filed on December 19, 2017. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 19, 2018 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commission of Social Security, and against Denise Rae Wiltsey.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 5, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties